UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. --

RAJEEV PATIL,                                          )
                                                       )
        Plaintiff,                                     )
                                                       )
v.                                                     )
                                                       )
GUSTAVO ADOLFO HERNANDEZ FRIERI,                       )
                                                       )
        Defendant.                                     )
_____)

## SUMMONS IN A CIVIL ACTION

To:   Gustavo Adolfo Hernandez Frieri
      GMG Investment Advisors
      405 Lexington Avenue, New York 10174

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Mark David Hunter, Esq.
          Hunter Taubman Weiss LLP
          255 University Drive
          Coral Gables, Florida 33134

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

   Date: _____             *CLERK OF COURT*

                                             _____
                                             *Signature of Clerk or Deputy Clerk*